David Weinrib, Respondent, *v.* Peerless Optical Manufacturing Company, Inc., et al., Appellants, Impleaded with Another.

(Argued March 31, 1931; decided April 14, 1931.)

*David T. Smith, Nicholas A. Heymsfeld* and *George Kohan* for appellants.

*Reuben Weinberg* and *Isaac Weinberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: KELLOGG, J.